*Formatted for Electronic Distribution*                                                              *For Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

_____

**In re:**
    **John L. Densmore,**                                   Chapter 13 Case
        **Debtor.**                                      # 08-10639
_____

**John L. Densmore,**
        **Plaintiff,**
    **v.**                                                  Adversary Proceeding
**Litton Loan Servicing, L.P.,**                                  # 09-1032
        **Defendant.**
_____

*Appearances:*     Rebecca A. Rice, Esq.              Douglas J. Wolinsky, Esq.
                   Cohen & Rice                       Kevin Michael Henry, Esq.
                   Rutland, VT                        Shireen T. Hart, Esq.
                   For John L. Densmore               Primmer Piper Eggleston & Cramer PC
                                                      Burlington, VT

                                                      Grant C. Rees, Esq.
                                                      Milton, VT
                                                      For Litton Loan Servicing, L.P.

**Filed & Entered On Docket March 21, 2011**

## ORDER
### DENYING SUMMARY JUDGMENT MOTION OF LITTON LOAN SERVICING, L.P.

    For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the motion for summary judgment filed by Litton Loan Servicing L.P. on November 30, 2010 (doc. ## 25, 26) is DENIED.

    IT IS FURTHER ORDERED that the final pre-trial conference shall proceed, as previously scheduled, on April 26, 2011.

    SO ORDERED.

_____
March 21, 2011                                        Colleen A. Brown
Burlington, Vermont                                   United States Bankruptcy Judge